IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MAGNABLEND, INC. | § | |
|     Plaintiff, | § | CIVIL ACTION NO. 3:12-cv-01841-G |
| | § | |
| v. | § | |
| | § | |
| HARTFORD FIRE INSURANCE COMPANY, | § | |
|     Defendant. | § | |
| ------------------------------------------------- | § | |
| | § | |
| HARTFORD FIRE INSURANCE COMPANY, | § | |
|     Third Party Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, | § | |
|     Third Party Defendant. | § | |

**THIRD-PARTY PLAINTIFF HARTFORD FIRE
INSURANCE COMPANY'S RESPONSE IN OPPOSITION
TO THIRD-PARTY DEFENDANT AMERICAN GUARANTEE AND
LIABILITY INSURANCE COMPANY'S RULE 12(b)(6) MOTION TO DISMISS**

Defendant/Third Party Plaintiff, Hartford Fire Insurance Company ("Hartford") submits this Response in Opposition to Third-Party Defendant American Guarantee and Liability Insurance Company's ("AGLIC") Rule 12(b)(6) Motion to Dismiss (the "Motion") Hartford's Counterclaim and Amended Third Party Complaint (the "Amended Complaint"). In support thereof, Hartford respectfully states as follows:

As discussed in detail in Plaintiff's Brief in Support of this Response, AGLIC's motion is without merit and should be denied. The legal and factual grounds for denying AGLIC's Motion to Dismiss are set forth in detail in the Brief in Support of this Response, filed contemporaneously.

1

**PRAYER**

WHEREFORE Defendant/Third-Party Plaintiff Hartford respectfully requests that this Honorable Court deny AGLIC's instant Motion, and grant such other and further relief to which it may be legally or equitably entitled.

          Respectfully submitted,

          MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.

          By: */s/ Christopher Martin*
              Christopher W. Martin
              State Bar No. 13057620
              Federal ID No. 13515

          808 Travis, 20TH Floor
          Houston, Texas 77002
          Telephone: (713) 632-1700
          Facsimile: (713) 222-0101
          Email: martin@mdjwlaw.com

Of Counsel:
Ryan K. Geddie
State Bar No. 24055541
MARTIN DISIERE JEFFERSON & WISDOM, L.L.P.
Tollway Plaza One
16000 N. Dallas Parkway, Suite 800
Dallas, Texas 75248
Telephone:   (214) 420-5500
Facsimile:   (214) 420-5501
Email:   geddie@mdjwlaw.com

Wayne S. Karbal (admitted *pro hac vice*)
Stacy S. Freel (admitted *pro hac vice*)
KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
150 South Wacker Drive, 17th Floor
Chicago, Illinois  60606
Telephone:   (312) 431-3700
Facsimile:   (312) 431-3670
Email:   wkarbal@karballaw.com
          sfreel@karballaw.com

*ATTORNEYS FOR DEFENDANT/THIRD-PARTY PLAINTIFF, HARTFORD FIRE INSURANCE COMPANY*

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically submitted the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case file system of the Court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

      DATED: July 1, 2013

                                              ___/s/Ryan K. Geddie_____
                                              Ryan K. Geddie