# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

## ORDER STRIKING/UNFILING PLEADING

The Clerk, having identified a defect in the form of the document indicated below, and the Court, having independently determined that the document should be stricken, it is ordered that the document be stricken from the record of this case. The Clerk is hereby directed to unfile and return this document to the party who filed it.

Date:   July 12, 2013

_A. Joe Fish_
**A. JOE FISH**
**Senior United States District Judge**

---

## NOTICE OF DEFICIENCY

| | | | |
|---|---|---|---|
| Judge: | A. Joe Fish | Date: | July 12, 2013 |
| Case Number: | 3:12-CV-1841-G | Plaintiff: | Magna blend, Inc. |
| Deputy Clerk: | | Telephone Number: | |

* * * * * * * * * * * * * *

A(n)  Parties' joint motion requesting scheduling order (docket entry 51) is considered deficient in the areas(s) noted below:

|   |    |   |
|---|----|---|
| _____ | 1. | A civil cover sheet must be filed with the complaint. See LR 3.1(c). |
| _____ | 2. | The document(s) must be in proper form. See LR 10.1. |
| _____ | 3. | The signature of the attorney of record or the party proceeding *pro se* is required on each document filed. See F.R.C.P. 11. |
| _____ | 4. | A completed certificate of service as defined in F.R.C.P. 5(d) is required. |
| _____ | 5. | Each separate document contained therein must be identified. See LR 5.1(c). |
| _____ | 6. | The motion must include: |
| | | a.  _____  certificate of conference or inability to confer. See LR 7.1(b). |
| | | b.  _____  brief in support of motion. See LR 7.1(d) or LR 56.5(a). |
| | | c.  _____  proposed order. See LR 7.1(c). |
| | | d.  _____  documentary or non-documentary evidence in a separate appendix. See LR 7.1(i) or LR 56.6(a). |
| _____ | 7. | A motion for leave to amend must be accompanied by a copy of the proposed amended pleading attached as an exhibit to the motion. See LR 15.1. |
| X | 8. | A motion for continuance of a trial setting must be signed by the party as well as by the attorney of record. See LR 40.1. |
| _____ | 9. | An attorney seeking *pro hac vice* admission must apply for admission on an approved form and pay a $25.00 fee. See LR 83.9(b). |
| _____ | 10. | Additional copies are required. See LR 5.1(b). |
| _____ | 11. | The attorney filing the pleading is not admitted to practice in this district. See LR 83.7. |
| _____ | 12. | The document requires a separately signed certificate of interested persons. See LR 3.1(f), LR 7.4, or LR 81.1 (a)(3)(D). |
| X | 13. | Other:  **Everyone needs to sign which includes parties to the suit besides their attorneys.** |